The July 31, 2000, Opinion and Award of the Full Commission in this matter is hereby amended as follows:
 FINDINGS OF FACT
The last sentence of paragraph 13 of the Findings of Fact is re-written to say:
 "Plaintiff testified, and the Full Commission finds as a fact, that he missed work 21 weeks and 35 hours as a result of the injuries, surgeries and other medical treatment.
 *********** AWARD
The third sentence of paragraph 2 of the Award is re-written to say:
"At the minimum, such lost time was 21 weeks and 35 hours.
 ***********
No costs are assessed by reason of this Amendment.
This 8th day of September 2000.
 S/_____________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/___________________ BERNADINE S. BALLANCE COMMISSIONER
DISSENTING IN ACCORDANCE WITH DISSENT FILED 7/31/2000
S/_______________ DIANNE C. SELLERS COMMISSIONER